[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 17-12022
Non-Argument Calendar
_____

D.C. Docket No. 8:16-cr-00282-VMC-TGW-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TYLER DWAYNE WADDLE,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(January 9, 2018)

Before WILSON, JORDAN and BLACK, Circuit Judges.

PER CURIAM:

Robert Godfrey, appointed counsel for Tyler Waddle in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and

filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Waddle's conviction and sentence are **AFFIRMED**.